**A. B. Brooks, Defendant in Error, v. Vinegar Bend Lumber Company, Plaintiff in Error.**

**Gen. No. 18,293.   (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. EDWARD A. DICKER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed October 9, 1913.

### Statement of the Case.

Action by A. B. Brooks against Vinegar Bend Lumber Company, a corporation, to recover commissions on sale of lumber alleged to have been procured by plaintiff for defendant. From a judgment for plaintiff for two hundred and twenty dollars, defendant brings error.

W. KNOX HAYNES and MICHAEL FEINBERG, for plaintiff in error.

HARRY A. BIOSSAT, for defendant in error.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

## Abstract of the Decision.

1. Brokers, § 48*—*right to commissions when sale made by principal.* Finding and judgment allowing plaintiff commissions on a sale of lumber by defendant direct to purchaser after an agree-ment by defendant to pay commissions and after disclosing iden-tity of purchaser, *held* not contrary to the evidence.

2. Municipal Court of Chicago, § 30*—*when failure to prove claim as alleged, not reversible error.* Fact that cause of action as proved was not accurately set forth in statement of claim, *held* not reversible error when defendant is not prejudiced thereby.